UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONATHAN WALKER and
TRACI WALKER,

      Plaintiffs,

  v.

CASE NO. 08-CV-10524

HON. GEORGE CARAM STEEH

STATE FARM FIRE AND
CASUALTY COMPANY,

      Defendant.
_____/

### ORDER REQUIRING FACILITATION AND PERMITTING EXPERT DISCOVERY

The parties appeared before the Court for their final pretrial conference on February 2, 2009. The Court finds that the matter has not been properly prepared for trial, and the parties have not engaged in any meaningful settlement process as required by Local Rule 16.2(b)(12), nor have they agreed on a means to attempt to settle the matter. Now therefore,

IT IS HEREBY ORDERED that the parties engage in facilitation. Based upon the agreement of the parties in identifying a facilitator, the Court APPOINTS Hon. James J. Rashid as facilitator in this matter.

IT IS HEREBY FURTHER ORDERED that plaintiffs may call an expert witness on the condition that they promptly provide expert disclosures and an expert report, and produce such individual for examination by deposition by the defendant.

As agreed, trial of this matter is adjourned to April 28, 2009 at 9:00 a.m.

SO ORDERED.

        S/George Caram Steeh  
        GEORGE CARAM STEEH  
        UNITED STATES DISTRICT JUDGE

Dated:  February 2, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on February 2, 2009, by electronic and/or ordinary mail.

        S/Josephine Chaffee  
        Secretary/Deputy Clerk